ACCEPTED
15-25-00026-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 9:41 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00026-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 9:41:08 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FIFTEENTH APPELLATE DISTRICT OF TEXAS
## AUSTIN, TEXAS

## DR. ERIC VANDERWERFF, D.C.,
*Appellant*,

**v.**

## TEXAS DEPARTMENT OF INSURANCE- DIVISION OF WORKERS' COMPENSATION, ET AL,
*Appellees*.

**On Appeal from the 250th Judicial District Court of Travis County, Texas**
**No. D-1-GN-23-004200**

## APPELLEES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellees, the Texas Department of Insurance- Division of Workers' Compensation, DWC, and DWC Commissioner Jeff Nelson in his official capacity (collectively "Appellees"), respectfully requests a 30-day extension in which to file their response brief in the captioned appeal. In support, the Appellees would show the Court as follows:

1.      Appellant filed his brief on July 14, 2025.  Appellee's response brief is currently due on August 12, 2025.

2.      The undersigned counsel is in need of an extension due to filing deadlines in other matters, emergencies arising in other cases, and management duties.

3.      This motion is not interposed for the purpose of delay, but only to allow the Appellees' counsel the time to adequately prepare and file a reply brief.

4.      Appellant's counsel has stated that he does not oppose this request.

The Appellees therefore respectfully requests an extension of time to and including September 11, 2025, in which to file and serve its response brief in the captioned appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ Lauren McGee
Lauren McGee
Assistant Attorney General
State Bar No. 24128835
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Email: lauren.mcgee@oag.texas.gov
**Attorneys for Appellees**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 8, 2025, I contacted counsel for Appellant and that counsel stated that Appellant does not oppose the requested extension.

/s/ Lauren McGee
Lauren McGee
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 8th day of August 2025**:**

Bradley Dean McClellan                    *Via E-Service*
State Bar No. 13395980
2904 Bowman Avenue
Austin, Texas 78703
Telephone: (512) 694-8843
Brad.McClellan@yahoo.com
**Attorney for Appellant**

/s/ Lauren McGee
Lauren McGee
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Pruneda on behalf of Lauren McGee
Bar No. 24128835
paul.pruneda@oag.texas.gov
Envelope ID: 104133748
Filing Code Description: Motion
Filing Description: 2025 0808 Unopposed Motion for Extension to file Response Brief
Status as of 8/8/2025 9:51 AM CST

Associated Case Party: Eric Vanderwerff

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brad McClellan | | brad.mcclellan@yahoo.com | 8/8/2025 9:41:08 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 8/8/2025 9:41:08 AM | SENT |

Associated Case Party: Texas Department of Insurance-Division of Workers Compensation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lauren McGee | | lauren.mcgee@oag.texas.gov | 8/8/2025 9:41:08 AM | SENT |